UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GLOBAL COMPUTER ENTERPRISES, INC.,[1] | ) | Case No. 14-13290-RGM |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## GLOBAL NOTES PERTAINING TO SCHEDULES AND SOFAs

On September 4, 2014 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). With the assistance of its advisors, the Debtor's management and employees prepared the Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "SOFAs") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with the Generally Accepted Accounting Principles in the United States, and they are not intended to be fully reconciled to the financial statements. Unless otherwise noted, the financial and other information contained in the Schedules and SOFAs have been prepared in accordance with the Debtor's accounting policies and procedures.

Although the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. Accordingly, the Schedules and SOFAs remain subject to further review and verification by the Debtor. The Debtor reserves its right to amend the Schedules and SOFAs from time-to-time as may be necessary or appropriate. These global notes compromise an integral part of the Schedules and SOFAs filed by the Debtor and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to this chapter 11 case.

---

[1]  The last four digits of the Debtor's taxpayer identification number are 1136. The mailing address for the Debtor is 10780 Parkridge Boulevard, Suite 300, Reston, Virginia 20191.

# GENERAL NOTES

## Valuation

It would be cost prohibitive and overly burdensome to obtain market valuations for all the Debtor's assets and claims. Certain values as indicated by the notes below are based on the Debtor's accounting records as of September 4, 2014 or July 31, 2014, and may not be reflective of actual market value. Market values are estimates based on the best knowledge of the Debtor at the time of the filing of Schedules and SOFAs are subject to change or future revision.

## Amendments

The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

## Asset Presentation

Each asset and liability of the Debtor is shown on the basis of the book value of the asset or liability in the Debtor's books and records, as of the Petition Date (unless otherwise specified), and not on the basis of current market values of such interest in property or liabilities. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

## Liabilities

The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

## Causes of Action

Despite reasonable efforts, the Debtor might not have identified or set forth all of its causes of action against third parties as assets in the Schedules and SOFAs. The Debtor reserves any and all of its rights with respect to any causes of action it may have, and neither these global notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

## Claims Description

Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate

amendment. The Debtor reserves the right to amend the Schedules or SOFAs as necessary or appropriate.

## Insiders

In the circumstances where the Schedules require information regarding insiders or officers and directors, included herein, as applicable, are (a) the Debtor's directors and officers and their relatives, (b) the Debtor's affiliates and (c) directors and officers of the Debtor's affiliates. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense and all such rights, claims, and defenses are hereby expressly reserved. Further, the listing of a party included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

## Schedule E

The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor may not list a date for each claim listed on Schedule E. To the extent employee-related priority claims that existed as of the Petition Date are paid or approved for payment pursuant to an order of the Bankruptcy Court, the Debtor reserves the right to amend Schedule E. In order to maintain the privacy of its employees, the employee-related priority claims are grouped together; however, the Debtor maintains a detailed employee by employee list that reflects the number given.

## Schedule F

The liabilities identified in Schedule F are derived from the Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against the Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtor and its professionals have generated financials the Debtor believes to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that occur throughout the duration of this chapter 11 case.

3

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtor may not include a date for each claim listed on Schedule F.

## Schedule G

While efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

The Debtor may be a party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtor has listed such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

## Unliquidated Claim Amounts

Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

### General Reservation of Rights

The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of the Schedules and SOFAs as and to they deem necessary and appropriate.

## SPECIFIC NOTES

### Statement of Financial Affairs

### Section 1

Revenue for the Debtor was presented for Fiscal Year 2012, Fiscal Year 2013 and Fiscal Year 2014 through July 31, 2014. Revenue from the Debtor's books and records for Fiscal Year 2013 and Fiscal Year to Date for 2014 was unaudited and may differ materially from audited financial statements.

### Section 2

Interest and Other Revenue for the Debtor was presented for Fiscal Year 2012, Fiscal Year 2013 and Fiscal Year to Date 2014 through July 31, 2014. Interest and Other Revenue from the Debtor's books and records for Fiscal Year 2013 and Fiscal Year to Date for 2014 was unaudited and may differ materially from audited financial statements.

### Section 3(b)

The Debtor makes transfers between its bank accounts and within its cash management system in the ordinary course of business. These transfers are not included in this section. Employees' names were excluded to protect the employees' privacy. Total net payroll was included for each payroll period in the 90 days preceding the bankruptcy filing and was listed under "Fidelity Investments – Payroll."

### Section 3(c)

Gross payroll per the Debtor's bi-weekly payroll registers was used for the insider payments listed in Schedule 3c.

### Section 4

Pursuant to section 362 of the Bankruptcy Code, any actions that are still pending are stayed. The Debtor will prepare a notice of bankruptcy to file in those pending cases.

### Section 9

The amount listed includes retainers for professional fees.

## Section 18(a)

Serendipity is a private company and therefore there is no market to readily sell the shares and create a liquidity event.  The amount listed represents the book value at the time of filing and is in no way meant to denote the market value of the shares.

## Section 19(d)

The information listed in this section is based on the Debtor's best efforts at compiling a comprehensive list.  The Debtor may be unaware of certain financial information provided to banks, customers, potential investors, rating agencies and various other interested parties in the ordinary course of business.

## Statement of Assets and Liabilities

## Schedule B

Unless otherwise noted, financial information presented in Schedule B reflects the balance per the Debtor's books and records as of September 4, 2014.  The financial information is unaudited and may differ materially from the audited financial statements.

## Schedule B(12)

This represents the current forfeiture 401(k) balance as of August 29, 2014. The forfeiture account does not necessarily reflect cash value and the use of these funds is regulated. The Debtor historically used this balance to apply to the 401(k) match, 401(k) administrative fees and the 401(k) audit fees. The audit typically costs approximately $15,000 and this amount is due and outstanding for 2013 and 2014.

## Schedule B(13)

Serendipity is a private company and therefore there is no market to readily sell the shares and create a liquidity event. The amount listed represents the book value at the time of filing and is in no way meant to denote the market value of the shares.

ReThink IT Services Private Limited in India was wholly owned by Rethink USA, which was wholly owned by the Debtor.  ReThink USA has been dissolved and ReThink IT Services Private Limited is in the process of being dissolved.

## Schedule B(18)

The Debtor occasionally receives miscellaneous reimbursements on a monthly basis, but does not characterize these reimbursements as a receivable since the amounts are unknown.

**Schedule B(28)**

The value of Office Equipment, Equipment, Leasehold Improvements, Internally Developed Software and Purchased Software reflected herein are net book value in accordance with GAAP and based on the Debtor's books and records as of September 30, 2014. The Debtor did not include a corporate townhouse within this Exhibit that was sold on August 1, 2014.

**Schedule E**

The value of employees' payroll claims is shown as the estimated net wages in arrears for 8 days. Employees' names were excluded to protect the employees' privacy. The accrued employee vacation amounts represent paid time off ("PTO") hours accrued through August 29, 2014. Employee wages & benefits and employer payroll taxes will likely be paid pursuant to an order of the Bankruptcy Court. The balances shown represent each potential priority claim as of September 4, 2014, or 8 out of 10 days of the past payroll cycle. Part time employees' hours were estimated based on the payroll cost as of August 29, 2014.

The Debtor is aware that income, property tax, and other taxes may be owed as of Petition Date, but did not include estimated taxes. The United States General Services Administration Industrial Filing Fee is paid quarterly at 0.75% of sales collected and estimated as of September 4, 2014.

**Schedule F**

Employee wages & benefits and employer payroll taxes will likely be paid pursuant to an order of the Bankruptcy Court. The balances shown represent each potential priority claim as of September 4, 2014, or 8 out of 10 days of the past payroll cycle. Part time employees' hours were estimated based on the payroll cost as of August 29, 2014.

The claim amount listed for Cerius Interim Executive Solutions, LLC claim represents an estimate for one week of Michael Freeman's time as Interim Chief Operating Officer.

**Schedule G**

For the employee severance agreements, employees' names were excluded to protect the employees' privacy. Individual Employee names will be listed on the creditor's matrix.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Global Computer Enterprises, Inc.**                    Case No.   **14-13290 - RGM**

                                     Debtor                  Chapter                   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 13,877,989.92 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 416,153.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 2,003,727.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 13,877,989.92 | | |
| Total Liabilities | | | | 2,419,880.00 | |

B6A (Official Form 6A) (12/07)

In re    **Global Computer Enterprises, Inc.**                                          Case No.    **14-13290 - RGM**
                                              Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

**0**    continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **Global Computer Enterprises, Inc.**                                            Case No.   **14-13290 - RGM**
                                                                        ,
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with Bank of America - Acct No. X5324** | - | 1,329,635.00 |
| | | | **Savings account with Bank of America - Acct No. X4144** | - | 456.00 |
| | | | **Certificate of Deposit with Bank of America - Acct No. X0129** | - | 5,223.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **NORTHERN VIRGINIA ELECTRIC COOPERATIVE P.O. BOX 34795 Alexandria, VA 22334 (Utility Deposit)** | - | 150.00 |
| | | | **Cerius Located at: 26895 Aliso Creek Road, Aliso Viejo, CA 92656 Professional Services Deposit** | | 13,500.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                                        Sub-Total >        **1,348,964.00**
                                                                        (Total of this page)

____**4**____ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Global Computer Enterprises, Inc.**                                    Case No.  __14-13290 - RGM__
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity Investments - 10780 Parkridge Blvd., Reston, VA 20191 Acct No. X24820** | - | 62,050.92 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Data Analytics, Inc. d/b/a Serendipity Location: 165 University Avenue, Suite 6, Palo Alto, CA 94301 15%** | - | 2,869,364.00 |
| | | | **ReThink IT Services Private Limited Location: Softsol Bldg No. 1, Ground Floor, B-Wing, Plot No. 4, Software Units Layout, Infocity, Madhapur Hyderbad Andhra-Pradesh- AP India 99.9%** | - | Unknown |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | | **Department of Labor - Delivery of Commerical Software Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191** | - | 2,000,000.00 |
| | | | **Department of Labor - August 2014 Operation and Maintenance Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191** | - | 479,251.00 |

Sub-Total >         **5,410,665.92**
(Total of this page)

Sheet __1__ of __4__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Global Computer Enterprises, Inc.**                                    Case No.   **14-13290 - RGM**
                                                                            ─────────────────────
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Department of Labor - August 2014 Right Sizing Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 335,855.00 |
| | | Equal Employment Opporunity Commission - August 2014 Operations and Maintenance Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 116,750.00 |
| | | Department of Labor - August 2014 Accounting Handbook Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 9,948.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Federal Tax Refund Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 70,736.00 |
| | | Employee Receivable - Education Reimbursement Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 10,500.00 |
| | | Prepaid Service Contracts Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 107,123.00 |
| | | Receivable from Data Analytics, Inc. (d/b/a Serendipity) Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 666,136.00 |
| | | Cash at ReThink IT Services Private Limited in India believed to be less than $25,000 Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **1,317,048.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Global Computer Enterprises, Inc.**                                    ,          Case No.   **14-13290 - RGM**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Global Computer Enterprises, Inc. & Design Application/Registration # 2829374 Issue Date: 10/7/2010 Expiration Date - 10/6/2020 | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Equipment Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 300,875.00 |
| | | Leasehold Improvements Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 44,353.00 |
| | | Internally Developed Software Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191 | - | 5,324,651.00 |

Sub-Total >     **5,669,879.00**
(Total of this page)

Sheet __3__ of __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Global Computer Enterprises, Inc.**                                    Case No.    **14-13290 - RGM**
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Purchased Software** **Location: 10780 Parkridge Blvd. Suite 300, Reston VA 20191** | - | 131,433.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 131,433.00 |
| | (Total of this page) | |
| | Total > | 13,877,989.92 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     **Global Computer Enterprises, Inc.**                                         ,     Case No.    **14-13290 - RGM**
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**    continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (04/13)

In re    **Global Computer Enterprises, Inc.**                                                    Case No.    **14-13290 - RGM**
_____                                    _____
                                        Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Sheet 1 of 4 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (04/13) - Cont.

In re  **Global Computer Enterprises, Inc.**                              Case No.  **14-13290 - RGM**
                      Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) - Cont.

In re   **Global Computer Enterprises, Inc.**                                                     Case No.   **14-13290 - RGM**
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | H W J. C. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Total Accrued Emply Vacation** | | N A | **Various** | | | | $233,006.00 | 41,113.00 | $191,893.00 |
| Account No. <br><br> **Total Accrued Payroll** | | N A | **Various** | | | | $182,885.00 | 0.00 | $182,885.00 |
| | | | Subtotals: <br> (Totals of this page) | | | | 415,891.00 | 41,113.00 <br> 374,778.00 | |

Sheet 3 of 4 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (04/13) - Cont.

In re **Global Computer Enterprises, Inc.**  Case No.  **14-13290 - RGM**

Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions above.*) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Various | | | | | 0.00 | |
| US General Services Admin. 1800 F. Street, NW Washington, DC 20405 | | N A | | Estimated Industrial Filing Fee | | | | $262.00 | | $262.00 |
| | | | Subtotals: (Totals of this page) | | | | | 262.00 | 0.00 | 262.00 |
| | | | Total: (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | | 416,153.00 | | |
| | | | Totals: (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. | | | | | | 41,113.00 | 375,040.00 |

Sheet 4 of 4 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

B6F (Official Form 6F) (12/07)

In re    **Global Computer Enterprises, Inc.**                                         ,    Case No.   14-13290 - RGM
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **ANTHEM BLUE CROSS & BLUE SHIEL** P.O. BOX 580494 Charlotte, NC 28258 | - | | | | | | | | 34,275.00 |
| Account No. | | | | | Alleged indemnity claim | | | | |
| **AVNEET HUNDAL** 19528 FRONT STREET Leesburg, VA 20176 | | | | | | X | X | X | Unknown |
| Account No. | | | | | Various | | | | |
| **CENTURY LINK** P.O. BOX 52187 Phoenix, AZ 85072 | - | | | | | | | X | 296,877.00 |
| Account No. | | | | | Estimated Claim subject to full set off by deposit in amount of $13,500 which is listed on Schedule B, Question 3. Subject to setoff. | | | | |
| **CERIUS** 26895 ALISO CREEK ROAD Aliso Viejo, CA 92656 | - | | | | | | | | 11,250.00 |
| __4__    continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 342,402.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Global Computer Enterprises, Inc.**                                   Case No.   **14-13290 - RGM**
_____                           _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **CHITALE & CHITALE** **C9-83 NEETI-BAGH** **NEW DELHI, INDIA 110049** | | - | | | X | | | 5,687.00 |
| **Account No.** | | | | | | | | |
| **CINTAS DOCUMENT MANAGEMENT** **P.O. BOX 740855** **Cincinnati, OH 45275** | | - | | | | | | 191.00 |
| **Account No.** | | | | | | | | |
| **CLICKS** **1120 CONNECTICUT AVE, NW** **Washington, DC 20036** | | - | | | | | X | 147,337.00 |
| **Account No.** | | | | alleged indemnity claims | | | | |
| **DAVID LUCAS** **42305 GREEN MEADOW LANE** **Leesburg, VA 20175** | | - | | | X | X | X | Unknown |
| **Account No.** | | | | | | | | |
| **DEPARTMENT OF JUSTICE** **950 PENNSYLVANIA AVENUE** **Washington, DC 20530** | | - | | | X | | X | 0.00 |

Sheet no. _1_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            | 153,215.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Global Computer Enterprises, Inc.**                                          Case No.    **14-13290 - RGM**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**ELYSIUM**<br>**2 OLIVER STREET, 11th Floor**<br>**BOSTON, MA 02109** | | - | | | Various | | | X | 480,653.00 |
| Account No.<br><br>**GETTY IMAGES**<br>**Attn:  Timothy B. McCormack**<br>**617 Lee Street**<br>**Seattle, WA 98109** | | - | | | alleged copyright infringement | X | | X | 1,286.00 |
| Account No.<br><br>**HOGAN LOVELLS**<br>**555 13TH STREET NW**<br>**Washington, DC 20004** | | - | | | | | | X | 244,450.00 |
| Account No.<br><br>**HUMANA**<br>**P.O. BOX 371494**<br>**Pittsburgh, PA 15250** | | - | | | | | | | 1,383.00 |
| Account No.<br><br>**LEXISNEXIS**<br>**1150 EIGHTEENTH STREET, NW**<br>**Washington, DC 20036** | | - | | | | X | | | 1,446.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   729,218.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont

In re    **Global Computer Enterprises, Inc.**                                    Case No.  **14-13290 - RGM**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged wrongful termination claim | | | | |
| MILIND SHAH c/o J. Bradley Winder, Esq. 202 S. Hoover Blvd. Tampa, FL 33609 | - | | | X | X | X | Unknown |
| Account No. | | | alleged indemnity claim | | | | |
| NANCY GUNSAULS 15141 GEORGIA ROAD Woodbridge, VA 22191 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| ORACLE AMERICA INC. 500 ORACLE PARKWAY Redwood City, CA 94065 | - | | | X | | | 170,072.00 |
| Account No. | | | | | | | |
| PLEXAR FINANCE LLC P.O. BOX 100 Bluemont, VA 20135 | - | | | | | | 276.00 |
| Account No. | | | Officer Indemnification Claim | | | | |
| RAY MUSLIMANI 10780 PARKRIDGE BLVD SUITE 300 Reston, VA 20191 | - | | | X | X | | 0.00 |

Sheet no. _3_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **170,348.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Global Computer Enterprises, Inc.**                                Case No.   **14-13290 - RGM**
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| STEESE, EVANS & FRANKEL The Army and Navy Club Bldg. 1627 I Street, N.W. Suite 850 Washington, DC 20006 | - | | | | | X | 602,714.00 |
| Account No. | | | | | | | |
| THE HARTFORD P.O. BOX 660916 Dallas, TX 75266 | | | | | | | 1,382.00 |
| Account No. | | | | | | | |
| UNITED CONCORDIA DENTAL 11350 RANDOM HILLS ROAD SUITE 842 Fairfax, VA 22030 | - | | | | | | 3,384.00 |
| Account No. | | | Alleged Indemnification Claim | | | | |
| VENKATESH KALLURU c/o Paul Y. Kiyonaga 910 17th St., Suite 800 Washington, DC 20006 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| WEBEX COMMUNICATIONS INC. 16720 COLLECTIONS CENTER DRIVE Chicago, IL 60693 | - | | | | | | 1,064.00 |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 608,544.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,003,727.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re      **Global Computer Enterprises, Inc.**                                      Case No.   **14-13290 - RGM**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **ANNAMS SYSTEMS CORPORATION**<br>**2420 CAMINO RAMON**<br>**SAN RAMON, CA 94583** | **SOFTWARE / HARDWARE** |
| **ANTHEM BLUE CROSS AND BLUE SHIELD**<br>**POST OFFICE BOX 580494**<br>**CHARLOTTE, NC 28258** | **EMPLOYEE BENEFITS** |
| **AQUILENT**<br>**1100 WEST STREET**<br>**LAUREL, MD 20707** | **SUBCONTRACTOR** |
| **ATLASSIAN**<br>**LEVEL 6, 341 GEORGE ST**<br>**SYDNEY, NSW, 2000 Australia** | **SOFTWARE** |
| **AURICO**<br>**116 W. EASTMAN ST.**<br>**ARLINGTON HEIGHTS, IL 60004** | **EMPLOYEE BENEFITS** |
| **BLACK BOX NETWORK SERVICES**<br>**PO BOX 347224**<br>**PITTSBURGH, PA 15251** | **FACILITIES** |
| **BMC GROUP VDR, LLC**<br>**300 N. CONTINENTAL BLVD.**<br>**EL SEGUNDO, CA 90245** | **PROFESSIONAL SERVICES** |
| **Caitlin US**<br>**3340 Peachtree Road NE**<br>**Tower Place 100**<br>**Suite 2950**<br>**Atlanta, GA 30326** | **D&O Insurance Policy** |
| **CENTURY LINK**<br>**P.O. BOX 52187**<br>**PHOENIX, AZ 85072** | **VENDOR** |
| **CERIUS**<br>**26895 ALISO CREEK ROAD**<br>**Aliso Viejo, CA 92656** | **PROFESSIONAL SERVICES** |
| **CHARD SNYDER**<br>**3510 IRWIN- SIMPSON ROAD**<br>**MASON, OH 45040** | **EMPLOYEE BENEFITS** |

_____  **4**

_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re      **Global Computer Enterprises, Inc.**                                    Case No.   **14-13290 - RGM**
_____                    _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| CINTAS DOCUMENT MANAGEMENT<br>P.O. BOX 740855<br>CINCINNATI, OH 45274 | FACILITIES |
| CLIFTON LARSON ALLEN<br>11710 BELTSVILLE DRIVE<br>BELTSVILLE, MD 20705 | SUBCONTRACTOR |
| COGENT COMMUNICATIONS INC<br>P.O. BOX 791087<br>BALTIMORE, MD 21279 | FACILITIES |
| COMCAST COMMUNICATIONS CABLE PA<br>P.O. BOX 3006<br>SOUTHEASTERN, PA 19398 | VENDOR |
| COMPUSEARCH SOFTWARE SYSTEM<br>21251 RIDGETOP CIRCLE<br>DULLES, VA 20166 | SOFTWARE / HARDWARE |
| CONTINENTAL RESOURCES INC<br>P.O. BOX 4196<br>BOSTON, MA 02211 | SOFTWARE / HARDWARE |
| CW GOVERNMENT TRAVEL INC<br>4300 WILSON BOULEVARD<br>ARLINGTON, VA 22203 | SUBCONTRACTOR |
| DATAWATCH SYSTEM<br>P.O. BOX 79845<br>BALTIMORE, MD 21279 | FACILITIES |
| DELL MARKETING LP C/O DELL USA LP<br>P.O. BOX 643561<br>PITTSBURGH, PA 15264 | ANY WARRANTIES ASSOCIATED WITH SOFTWARE / HARDWARE |
| DLT SOLUTIONS, INC.<br>13861 SUNRISE VALLEY DRIVE<br>SUITE 400<br>HERNDON, VA 20171 | ANY WARRANTIES ASSOCIATED WITH SOFTWARE / HARDWARE |
| DLT SOLUTIONS, INC.<br>13861 SUNRISE VALLEY DRIVE<br>SUITE 400<br>HERNDON, VA 20171 | ORACLE APPLICATION SOFTWARE |
| DUN AND BRADSTREET CREDIBILTY CORP<br>22761 PACIFIC COAST HIGHWAY<br>MALIBU, CA 90265 | CORPORATE |
| Eliassen Group LLC<br>30 Audubon Road<br>Wakefield, MA 01880 | **Consulting Services Agreement** |

Sheet ___1___ of ___4___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Global Computer Enterprises, Inc.**                                    Case No.    __14-13290 - RGM__

                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ENTRUST<br>5430 LYNDON B JOHNSON FWY<br>DALLAS, TX 75240 | VENDOR |
| F5 BIGIP<br>TWO DISCOVERY SQUARE<br>12012 SUNSET HILLS RD, STE 900<br>RESTON, VA 20190 | ANY WARRANTIES ASSOCIATED WITH SOFTWARE / HARDWARE |
| FEDEX<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250 | FACILITIES |
| FIDELITY INVESTMENTS<br>P.O. BOX 73307<br>CHICAGO, IL 60673 | EMPLOYEE BENEFITS |
| FIDELITY POWER SYSTEMS<br>25 LOVETON CIRCLE<br>SPARKS, MD 02115 | FACILITIES |
| FUSION IO<br>951 SANDISK DRIVE<br>MILPITAS, CA 95035 | ANY WARRANTIES ASSOCIATED WITH SOFTWARE / HARDWARE |
| Garrison Parkridge 5, LLC<br>P.O. BOX 100091<br>Uniondale, NY 11555 | Lease Agreement |
| GEORGETOWN INSURANCE SERVICE INC<br>5300 WESTWIEW DRIVE , SUITE # 106<br>FREDERICK, MD 21703 | FACILITIES |
| GODADDY<br>14455 N. HAYDEN RD.<br>SCOTTSDALE, AZ 85260 | VENDOR |
| HARTFORD THE<br>P.O. BOX 660916<br>DALLAS, TX 75266 | EMPLOYEE BENEFITS |
| HUMANA/ KAWAWHA INSURANCE CO<br>P.O. BOX 371494<br>PITTSBURGH, PA 15250 | EMPLOYEE BENEFITS |
| IBM Corporation<br>P.O. Box 643600<br>Pittsburgh, PA 15264 | Maintenance Agreements and Warranties Associated with Hardware |
| INDIVIDUAL EMPLY CONTRACTS<br>GLOBAL COMPUTER ENTERPRISES<br>10780 PARKRIDGE BLVD<br>Reston, VA 20191 | EMPLOYMENT CONTRACTS |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    **Global Computer Enterprises, Inc.**                                    Case No.   **14-13290 - RGM**
                                            ,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| INFINISOURCE<br>P.O. BOX 889<br>COLDWATER, MI 49036 | EMPLOYEE BENEFITS |
| INFORMATICA<br>2100 SEAPORT BLVD<br>REDWOOD CITY, CA 94063 | SOFTWARE |
| KOFAX INC<br>15211 LAGUNA CAYON RD<br>IRVINE, CA 92618 | SOFTWARE |
| LEXISNEXIS<br>1150 EIGHTEENTH STREET, NW<br>WASHINGTON, DC 20036 | PROFESSIONAL SERVICES |
| MELLANOX TECHNOLOGIES<br>350 OAKMEAD PARKWAY<br>SUITE 100<br>SUNNYVALE, CA 94085 | ANY WARRANTIES ASSOCIATED WITH<br>SOFTWARE / HARDWARE |
| MICROSOFT<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052 | SOFTWARE |
| MICROSOFT SHAREPOINT<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052 | SHAREPOINT SOFTWARE AND ANY<br>WARRANTIES ASSOCIATED WITH SOFTWARE |
| ORACLE AMERICA INC<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 | SOFTWARE / HARDWARE |
| PAETEC (NOW WINDSTREAM)<br>PO BOX 1283<br>BUFFALO, NY 14240 | FACILITIES |
| PHILADELPHIA INSURANCE COMPANIES<br>P.O. BOX 70251<br>PHILADELPHIA, PA 19004 | INSURANCE |
| PLEXAR FINANCE LLC<br>PO BOX 100<br>BLUEMONT, VA 20135 | FACILITIES |
| RAGINGWIRE DATA CENTER<br>P.O. BOX 348060<br>SACRAMENTO, CA 95834 | FACILITIES |
| ROCHA AND COMPANY<br>9841 WASHINGTONIAN BLVD., STE. 310<br>GAITHERSBURG, MD 20878 | SUBCONTRACTOR |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Global Computer Enterprises, Inc.**                   Case No.   **14-13290 - RGM**

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| SEVERANCE POLICY<br>GLOBAL COMPUTER ENTERPRISES<br>10780 PARKRIDGE BLVD<br>Reston, VA 20191 | CERTAIN EMPLOYEES |
| SPLUNK<br>DEPT 892144<br>DALLAS, TX 75312 | SOFTWARE / HARDWARE |
| TENABLE<br>7021 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD 21046 | SOFTWARE |
| U.S. Department of Defense<br>DISA/DITCO-Scott-PL83<br>2300 East Drive<br>Scott AFB, IL 62225 | Financial Management Services Contract |
| U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>131 M STREET, NE<br>Washington, DC 20507 | FINANCIAL MANAGEMENT SERVICES |
| UNITED CONCORDIA DENTAL<br>11350 RANDOM HILLS ROAD<br>Suite #842<br>FAIRFAX, VA 22030 | EMPLOYEE BENEFITS |
| US DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., NW<br>Washington, DC 20210 | FINANCIAL MANAGEMENT SERVICES/ASSET SALE |
| US GEN. SERVICE ADMINISTRATION<br>1800 F STREET<br>WASHINGTON, DC 20405 | ASSET SALE |
| VERIZON WIRELESS<br>P.O. BOX 25505<br>LEHIGH VALLEY, PA 18002 | CORPORATE |
| WEBEX COMMUNICATIONS INC<br>16720 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | FACILITIES |
| XL Specialty Insurance<br>300 East Lombard Street<br>14th Floor<br>Suite 1470<br>Baltimore, MD 21202 | Excess D&O Insurance Policy |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Global Computer Enterprises, Inc.**                                    Case No.   **14-13290 - RGM**
                                           Debtor

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
___ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Global Computer Enterprises, Inc.**                      Case No.   **14-13290 - RGM**
                                   Debtor(s)               Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Interim Chief Operating Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **24**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  8, 2014**          Signature                             
                                               **Mike Freeman**
                                             **Interim Chief Operating Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Global Computer Enterprises, Inc.**                                         Case No.    **14-13290 - RGM**

                                         Debtor(s)                                         Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $8,859,004.13 | FYTD'14 through July 31, 2014 - Contract Revenue |
| $17,309,163.00 | FY 2013 - Contract Revenue |
| $21,074,659.00 | FY 2012 - Contract Revenue |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | FYTD'14 through July 31, 2014: Interest and Other Revenue |

B7 (Official Form 7) (04/13)                                                                                             2

| AMOUNT | SOURCE |
|---|---|
| $6,380.00 | FY 2013: Interest and Other Revenue |
| $12,980.00 | FY 2012: Interest and Other Revenue |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Attached List** | | **$0.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Attached Exhibit** | | **$0.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Elysium Digital, LLC, v. Global Computer Enterprises, Inc.,<br>Case No. 14-1677** | **Alleged Breach<br>of Contact** | **Fairfax County Circuit Court, Virginia** | **Stayed** |
| **Marcus Uppe, Inc. d/b/a Clicks Document Management v. Global Computer Enterprises, Inc.<br>Case No. 2:14-cv-00530-CB** | **Alleged Breach<br>of Contract** | **US District Court for the Western District of Pennsylvania** | **Stayed** |

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cotton & Company LLP,  v. Global Computer Enterprises Inc. Case No. CL-2014-0005512 | Alleged Breach of Contract | Fairfax County Circuit Court, Virginia | Settled and Dismissed. |
| Compu Dynamics, LLC v. Global Computer Enterprises Case No. GV14002865-00 | Alleged Breach of Contract | Genral Distritct Court of Loudoun County, VA | Settled and Dismissal Forthcoming |
| Millennium Search, LLC v. Global Computer Enterprises, Inc. Case No. 14CVS01201 | Alleged Breach of Contract | Union County Superior Court, North Carolina | Settled and Dismissal Forthcoming |
| Garrison Parkridge 5 LLC v. Global Computer Enterprises, Inc. Case No. GV14011791-00 | Breach of contract/lease agreement and Action for Detainer | Fairfax County General District Court | Settled and Dismissed |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

4

### 7. Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Wheels Helping Warriors**<br>**P.O. Box 280**<br>**Clinton, ME 04927** | **None** | **4/28/2014** | **2002 BMW 750i** |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McGuireWoods LLP**<br>**1750 Tysons Blvd**<br>**Mc Lean, VA 22102** | **April, 2014 to September, 2014** | **$368,000** |
| **Asgaard Capital**<br>**8027 Leesburg Pike**<br>**Vienna, VA 22182** | **March 2014 through September 2014** | **$134,573.18** |
| **WeinsweigAdvisors LLC**<br>**14114 Chinkapin Drive**<br>**Rockville, MD 20850** | **September 2014** | **$30,000** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Data Analytics, Inc. d/b/a Serendipity** | **April 5, 2013** | **GSA Contract No. GS-00I-11-AA-C-011; related personnel, software, equipment, and intellectual property; and cash consideration in exchange for 14,575,936 preferred stock in Data Analytics and assumption of liabilities.** |
| **Parkridge Five Associates LP** | **7/25/2014** | **Furniture, fixtures, and equipment located in Suite 300 at 10780 Parkridge Blvd in exchange for modification of rent terms for July-September and forbearance from execution of judgment.** |

B7 (Official Form 7) (04/13)                                                                                                          5

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■       trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐       otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America**<br>**P.O. Box 15284**<br>**Wilmington, DE 19850** | **Checking Account- Ending Numbers 9636** | **Closed 3/10/2014**<br>**Final Balance - $3,886.23** |

### 12. Safe deposit boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
        depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None    List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■       occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                     6

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
       Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
       commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
       the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
       the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐      a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
       partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
       immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
       within **six years** immediately preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
       years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
       years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Data Analytics, Inc. d/b/a Serendipity** | 90-0906448 | **165 University Avenue Suite 6 Palo Alto, CA 94301** | **Data Analytics** | **October 2012 to current** |
| **ReThink IT Services Private Limited** | N/A | **Softol Bldg No. 1, Ground Floor, B-Wing, Plot No. 4 Software United Layout, Infocity, Madhapur Andhra-Pradesh -AP India** | **Software Tool Development** | **March 2010 to Current** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Matthew France 10780 Parkridge Blvd. Reston, VA 20191** | **10/3/2006 to current** |
| **Robert Perry 10780 Parkridge Blvd. Reston, VA 20191** | **6/8/2010 to 11/1/2013** |
| **Carrie Morley 10780 Parkridge Blvd. Reston, VA 20191** | **11/5/2012 to current** |
| **Peter Brown 10780 Parkridge Blvd. Reston, VA 20191** | **2/2/2011 to 6/6/2014** |
| **Marites Laguidao 10780 Parkridge Blvd. Reston, VA 20191** | **1/22/2007 to current** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Saggar & Roseberg PC** | **1 Church Street, Ste 204 Rockville, MD 20850** | **2014** |

B7 (Official Form 7) (04/13)                                                                                                          8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| **Councilor Buchanan & Mitchell** | **7910 Woodmont Avenue**<br>**Suite 500**<br>**Bethesda, MD 20814** | 2013 |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐      of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Councilor Buchanan and Mitchell** | **7910 Woodmont Avenue**<br>**Suite 500**<br>**Bethesda, MD 20814** |
| **Saggar & Rosenberg, P.C.** | **1 Church Street**<br>**Suite 204**<br>**Rockville, MD 20850** |
| **Matthew France** | **10780 Parkridge Blvd.**<br>**Reston, VA 20191** |
| **Carrie Morley** | **10780 Parkridge Blvd.**<br>**Reston, VA 20191** |
| **Marites Laguidao** | **10780 Parkridge Blvd.**<br>**Reston, VA 20191** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Councilor Buchanan and Mitchell**<br>**7910 Woodmont Avenue**<br>**Suite 500**<br>**Bethesda, MD 20814** | **Various** |
| **Saggar & Rosenberg, P.C.**<br>**1 Church Street**<br>**Suite 204**<br>**Rockville, MD 20850** | **Various** |
| **Bank of America, N.A.**<br>**10440 Main Street**<br>**Fort Belvoir, VA 22060** | **Various** |
| **Asgaard Capital**<br>**8027 Leesburg Pike**<br>**Vienna, VA 22182** | **Various** |
| **U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530** | **Various** |
| **Dell Financial Services**<br>**P.O. Box 81577**<br>**Austin, TX 78708-1577** | **Various** |
| **DTZ**<br>**3000 K Street NW**<br>**Suite 200**<br>**Washington, DC 20007** | **Various** |

B7 (Official Form 7) (04/13)                                                                9

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|  |  | (Specify cost, market or other basis) |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|  |  | OF STOCK OWNERSHIP |
| NAME AND ADDRESS | TITLE |  |
| **Ray Muslimani** | **Director/Chief Executive Officer** | **100% shareholder** |

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| **Carol Muslimani** | **Secretary, Treasurer, Director** | **September 3, 2014** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |
| **See Response to SOFA 3C Attached** |  |  |

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
       of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 8, 2014**              Signature

                                         **Mike Freeman**
                                         **Interim Chief Operating Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Aditya Tandale
19109 Quiver Ridge Drive
Leesburg, VA 20176


Anand Ravulapalli
2632 Sheringham Dr
Herndon, VA 20171


Andrew Craig
1245 N Evergreen St
Arlington, VA 22205


Andrew Rothwell
3200 Arrowhead Cir Apt. B
Fairfax, VA 22030


ANNAMS SYSTEMS CORPORATION
2420 CAMINO RAMON
SAN RAMON, CA 94583


ANTHEM BLUE CROSS AND BLUE SHIELD
POST OFFICE BOX 580494
CHARLOTTE, NC 28258


Anthony Hwang
13270 Holly Meadow Lane
Herndon, VA 20171


Anthony Seiler
2801 Park Center Drive Apt A1005
Alexandria, VA 22302


Anuradha Naganathan
2226 Pimmit Run Lane Apt 201
Falls Church, VA 22043


AQUILENT
1100 WEST STREET
LAUREL, MD 20707


ATLASSIAN
LEVEL 6, 341 GEORGE ST
SYDNEY, NSW, 2000 Australia

AURICO
116 W. EASTMAN ST.
ARLINGTON HEIGHTS, IL 60004


AVNEET HUNDAL
19528 FRONT STREET
Leesburg, VA 20176


Benjamin Smith
20 Glengyle Lane
Sterling, VA 20165


Benjamin Trask
4 Nicholson Ct
Sterling, VA 20165


Bettina Fowler
2323 Dulles Station Blvd
Apt 442
Herndon, VA 20171


BLACK BOX NETWORK SERVICES
PO BOX 347224
PITTSBURGH, PA 15251


BMC GROUP VDR, LLC
300 N. CONTINENTAL BLVD.
EL SEGUNDO, CA 90245


Brian Kaitare
6137 leesburg pike apt 405
Falls Church, VA 22041


Brock Schaeffer
2200 12th Court North
Apt. 310
Arlington, VA 22201


Caitlin US
3340 Peachtree Road NE
Tower Place 100
Suite 2950
Atlanta, GA 30326

Carrie Morley
20330 Burnley Square
Sterling, VA 20165


Carter Vick
1412 North Rolfe Street
#7
Arlington, VA 22209


CENTURY LINK
P.O. BOX 52187
Phoenix, AZ 85072


CERIUS
26895 ALISO CREEK ROAD
Aliso Viejo, CA 92656


CHARD SNYDER
3510 IRWIN- SIMPSON ROAD
MASON, OH 45040


CHITALE & CHITALE
C9-83 NEETI-BAGH
NEW DELHI, INDIA 110049


Chloe Burton
2801 Park Center Drive
Apartment A610
Alexandria, VA 22302


Christopher Cullerot
1818 Golf View Ct
Reston, VA 20190


CINTAS DOCUMENT MANAGEMENT
P.O. BOX 740855
Cincinnati, OH 45275


CLICKS
1120 CONNECTICUT AVE, NW
Washington, DC 20036


CLIFTON LARSON ALLEN
11710 BELTSVILLE DRIVE
BELTSVILLE, MD 20705

COGENT COMMUNICATIONS INC
P.O. BOX 791087
BALTIMORE, MD 21279


COMCAST COMMUNICATIONS CABLE PA
P.O. BOX 3006
SOUTHEASTERN, PA 19398


COMPUSEARCH SOFTWARE SYSTEM
21251 RIDGETOP CIRCLE
DULLES, VA 20166


CONTINENTAL RESOURCES INC
P.O. BOX 4196
BOSTON, MA 02211


Courtney Myers
11524 Seneca Farm Way
Great Falls, VA 22066


Craig Kerscher
4641 4th Rd North
Arlington, VA 22203


CW GOVERNMENT TRAVEL INC
4300 WILSON BOULEVARD
ARLINGTON, VA 22203


DATAWATCH SYSTEM
P.O. BOX 79845
BALTIMORE, MD 21279


DAVID LUCAS
42305 GREEN MEADOW LANE
Leesburg, VA 20175


David Soamchand
6119 Berwood Terrace
East Stroudsburg, PA 18301


DELL MARKETING LP C/O DELL USA LP
P.O. BOX 643561
PITTSBURGH, PA 15264

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
Washington, DC 20530


Detrah Gaskins
1660 Parkcrest Circle
Apt 400
Reston, VA 20190


DLT SOLUTIONS, INC.
13861 SUNRISE VALLEY DRIVE
SUITE 400
HERNDON, VA 20171


DUN AND BRADSTREET CREDIBILTY CORP
22761 PACIFIC COAST HIGHWAY
MALIBU, CA 90265


Eliassen Group LLC
30 Audubon Road
Wakefield, MA 01880


ELYSIUM
2 OLIVER STREET, 11th Floor
BOSTON, MA 02109


ENTRUST
5430 LYNDON B JOHNSON FWY
DALLAS, TX 75240


Ernest Freeman
126 Goucher Terr
Gaithersburg, MD 20877


F5 BIGIP
TWO DISCOVERY SQUARE
12012 SUNSET HILLS RD, STE 900
RESTON, VA 20190


FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250

FIDELITY INVESTMENTS
P.O. BOX 73307
CHICAGO, IL 60673


FIDELITY POWER SYSTEMS
25 LOVETON CIRCLE
SPARKS, MD 02115


Frank Martin
1024 North Utah Street
Unit 426
Arlington, VA 22201


FUSION IO
951 SANDISK DRIVE
MILPITAS, CA 95035


Garrison Parkridge 5, LLC
P.O. BOX 100091
Uniondale, NY 11555


Gatane Muslimani
23143 Blackthorn Square
Sterling, VA 20166


Gaurang Bhatt
13261 Coppermill Dr
Herndon, VA 20171


GEORGETOWN INSURANCE SERVICE INC
5300 WESTWIEW DRIVE , SUITE # 106
FREDERICK, MD 21703


GETTY IMAGES
Attn: Timothy B. McCormack
617 Lee Street
Seattle, WA 98109


Glenn Gargan
P.O. Box 7643
Gaithersburg, MD 20898-7643


GODADDY
14455 N. HAYDEN RD.
SCOTTSDALE, AZ 85260

Gregory Jenks
4442 Woods Edge Court
Chantilly, VA 20151


Gregory Jones
1123 Westbriar Court
Vienna, VA 22180


Harpreet Singh
5836 Belcher Farm Drive
Centreville, VA 20120


HARTFORD THE
P.O. BOX 660916
DALLAS, TX 75266


HOGAN LOVELLS
555 13TH STREET NW
Washington, DC 20004


Hong Yu
1817 Westwind Way
McLean, VA 22102


HUMANA
P.O. BOX 371494
Pittsburgh, PA 15250


IBM Corporation
P.O. Box 643600
Pittsburgh, PA 15264


INFINISOURCE
P.O. BOX 889
COLDWATER, MI 49036


INFORMATICA
2100 SEAPORT BLVD
REDWOOD CITY, CA 94063


Internal Revenue Service
400 N. 8th Street
Richmond, VA 23219

Jabbar Hussie
9517 Toucan Dr
Upper Marlboro, MD 20772


Jason Vantine
1078 Kennel Road
Boyce, VA 22620


Jessica Brunson
403 Tall Sycamore Ct
Bel Air, MD 21015


Jing Li
6016 Regents Park Road
Centreville, VA 20120


John McCarrick
5040 Westpath Ter
Bethesda, MD 20816


John Michael Donnelly
11523 Olde Tiverton Circle
Apt 303
Reston, VA 20194


Josh Muslimani
513 Avondale Drive
Sterling, VA 20164


Julie Hatwani
2645 Windwood Drive
Winchester, VA 22601


Karen Penn
5542 Lee Hwy
Arlington, VA 22207


KOFAX INC
15211 LAGUNA CAYON RD
IRVINE, CA 92618


LEXISNEXIS
1150 EIGHTEENTH STREET, NW
Washington, DC 20036

Madhav Tummala
39 McPherson Cir
Sterling, VA 20165


Manish Pradhan
23101 Red Admiral Pl
Brambledon, VA 20148


Marites Laguidao
12012 Taliesin Place
Unit 31
Reston, VA 20190


Marlena Ewald
1515 S Arlington Ridge Rd
#403
Arlington, VA 22202


Matthew France
190 New Canaan Ave
Norwalk, CT 06850


MELLANOX TECHNOLOGIES
350 OAKMEAD PARKWAY
SUITE 100
SUNNYVALE, CA 94085


MICROSOFT
ONE MICROSOFT WAY
REDMOND, WA 98052


MICROSOFT SHAREPOINT
ONE MICROSOFT WAY
REDMOND, WA 98052


Miguelangel Arias
7567 Remington Rd
Manassas, VA 20109


MILIND SHAH
c/o J. Bradley Winder, Esq.
202 S. Hoover Blvd.
Tampa, FL 33609

Monica Morris
3201 Landover Street Apt 1117
Alexandria, VA 22305


Nabil Derbali
3614 Cornell Road
Fairfax, VA 22030


NANCY GUNSAULS
15141 GEORGIA ROAD
Woodbridge, VA 22191


Navreet Dhariwal
8909 Cottongrass Street
Waldorf, MD 20603


Nino Kintsurashvili
25 East Wayne Ave Apt 609
Silver Spring, MD 20901


ORACLE AMERICA INC.
500 ORACLE PARKWAY
Redwood City, CA 94065


PAETEC (NOW WINDSTREAM)
PO BOX 1283
BUFFALO, NY 14240


Peta-Gaye Morris
19195 Kepharts Mill Terrace
Leesburg, VA 20176


PHILADELPHIA INSURANCE COMPANIES
P.O. BOX 70251
PHILADELPHIA, PA 19004


PLEXAR FINANCE LLC
P.O. BOX 100
Bluemont, VA 20135


Praveen Patibandla
12018 Lynford LN
Fairfax, VA 22030

Raed Muslimani
23143 Blackthorn Square
Sterling, VA 20166


RAGINGWIRE DATA CENTER
P.O. BOX 348060
SACRAMENTO, CA 95834


Ramesh Gadiraju
1112 Whitworth CT
Herndon, VA 20170


RAY MUSLIMANI
10780 PARKRIDGE BLVD
SUITE 300
Reston, VA 20191


Ray Muslimani
513 Avondale Drive
Sterling, VA 20164


Rebecca Velez
8464 Rainbow Bridge Lane
Springfield, VA 22153


ROCHA AND COMPANY
9841 WASHINGTONIAN BLVD., STE. 310
GAITHERSBURG, MD 20878


Ryan Pines
11011 Becontree Lake Drive
Apt T-2
Reston, VA 20190


Sankar Challa
13039 Rose Petal Circle
Herndon, VA 20171


Semab Asghar
6404 Patience Ct
Alexandria, VA 22315

SEVERANCE POLICY
GLOBAL COMPUTER ENTERPRISES
10780 PARKRIDGE BLVD
Reston, VA 20191


Shivakumar Kasanagottu
5668 Lierman Circle
Centreville, VA 20120


SPLUNK
DEPT 892144
DALLAS, TX 75312


STEESE, EVANS & FRANKEL
The Army and Navy Club Bldg.
1627 I Street, N.W. Suite 850
Washington, DC 20006


Sujit Prabhu
23113 Red Admiral Pl
Brambleton, VA 20148


TENABLE
7021 COLUMBIA GATEWAY DRIVE
COLUMBIA, MD 21046


Terrie Wright
43810 Eagle Bend Square Apt 201
Leesburg, VA 20176


THE HARTFORD
P.O. BOX 660916
Dallas, TX 75266


U.S. Department of Defense
DISA/DITCO-Scott-PL83
2300 East Drive
Scott AFB, IL 62225


U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M STREET, NE
Washington, DC 20507

UNITED CONCORDIA DENTAL
11350 RANDOM HILLS ROAD
SUITE 842
Fairfax, VA 22030

US DEPARTMENT OF LABOR
200 CONSTITUTION AVE., NW
Washington, DC 20210

US GEN. SERVICE ADMINISTRATION
1800 F STREET
WASHINGTON, DC 20405

US General Services Admin.
1800 F. Street, NW
Washington, DC 20405

VENKATESH KALLURU
c/o Paul Y. Kiyonaga
910 17th St., Suite 800
Washington, DC 20006

VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, PA 18002

Vijaykumar Patel
7614 Matera Street Apt. # 102
Falls Church, VA 22043

Vikas Goyal
4669 Deerwatch Drive
Chantilly, VA 20151

VIRGINIA DEPT OF TAXATION
P.O. BOX 1115
Richmond, VA 23218

WEBEX COMMUNICATIONS INC.
16720 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

Whitney Vickrey
6010 20th Street N
Arlington, VA 22205

XL Specialty Insurance
300 East Lombard Street
14th Floor
Suite 1470
Baltimore, MD 21202

# GLOBAL COMPUTER ENTERPRISES, INC.

# STATEMENT OF FINANCIAL AFFAIRS

# QUESTION 3B

Schedule 3b

| Name | Address 1 | Address 2 | City | STATE | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|
| CHAD SNYDER | 3510 IRWIN SIMPSON ROAD | | MASON | OH | 45040 | 06/06/2014 | 4,807.65 |
| COMCAST COMMUNICATIONS CABLE PA | P.O. BOX 3005 | | SOUTHEASTERN | PA | 19398-3005 | 06/09/2014 | 333.50 |
| VERIZON WIRELESS | P.O. BOX 25505 | | LEHIGH VALLEY | PA | 18002 | 06/09/2014 | 409.88 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 06/10/2014 | 68,258.80 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 06/10/2014 | 12,894.00 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 06/10/2014 | 1,099.11 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 06/10/2014 | 738.19 |
| AGILENT | 1100 WEST STREET | | LAUREL | MD | 20707 | 06/13/2014 | 20,760.01 |
| AIRECO | 116 W. EASTMAN ST. | | ARLINGTON HEIGHTS | IL | 60004 | 06/13/2014 | 275.00 |
| BLUE TEXT | 2121 WISCONSIN AVENUE | | WASHINGTON | DC | 20007 | 06/13/2014 | 500.00 |
| CENTURY LINK | P.O. BOX 52187 | | PHOENIX | AZ | 85072 | 06/13/2014 | 9,390.60 |
| CIRRUS | 28895 ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 06/13/2014 | 13,500.00 |
| CLIFTON LARSON ALLEN | 11710 BELTSVILLE DRIVE | | BELTSVILLE | MD | 20705 | 06/13/2014 | 48,980.00 |
| COGENT COMMUNICATIONS INC | P.O. BOX 791087 | | BALTIMORE | MD | 21279 | 06/13/2014 | 900.00 |
| COMPU DYNAMICS | 22446 DAVIS DRIVE | | STERLING | VA | 20166 | 06/13/2014 | 1,945.00 |
| CONTINENTAL RESOURCES INC | P.O. BOX 4196 | | BOSTON | MA | 02211 | 06/13/2014 | 2,250.00 |
| CW GOVERNMENT TRAVEL, INC | 4300 WILSON BOULEVARD | | ARLINGTON | VA | 22203 | 06/13/2014 | 5,419.00 |
| FIDELITY INVESTMENTS | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 06/13/2014 | 1,480.13 |
| GREENBERG, GRANT AND RICHARDS | 5858 WESTHEIMER ROAD | | HOUSTON | TX | 77057 | 06/13/2014 | 100.00 |
| OBRIEN GENTRY & SCOTT | 201 C STREET, SE | | VIENNA | VA | 22182 | 06/13/2014 | 500.00 |
| PAETEC | PO BOX 1283 | | BUFFALO | NY | 14240 | 06/13/2014 | 1,638.16 |
| ROCHA AND COMPANY | 9841 WASHINGTONIAN BLVD., STE. 310 | | GAITHERSBURG | MD | 20878 | 06/13/2014 | 13,260.00 |
| RTS FINANCIAL GROUP INC, LLC | 3021 NE 72ND DRIVE | | VANCOUVER | WA | 98661 | 06/13/2014 | 100.00 |
| SAEGAR AND ROSENBERG | ONE CHURCH STREET, SUITE # 204 | | ROCKVILLE | MD | 20850 | 06/13/2014 | 10,000.00 |
| SMART SINERGIES | 2105 CORPORATE RIDGE | | McLEAN | VA | 22102 | 06/13/2014 | 2.45 |
| SMARTSTREAM SOFTWARE INC | 100 COMMONS CENTER SUITE 234-N | | BEVERLY | MA | 01915 | 06/13/2014 | 608.00 |
| TRANSWORLD SYSTEMS INC | 507 PRUDENTIAL ROAD | | HORSHAM | PA | 19044 | 06/13/2014 | 100.00 |
| VIGNA SOLUTIONS INC | 21351 GENTRY DRIVE | | STERLING | VA | 20166 | 06/13/2014 | 8,528.00 |
| WINCHESTER SECURITY LLC | PO BOX 4248 | | WINCHESTER | VA | 22604 | 06/13/2014 | 708.75 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 06/16/2014 | 22,017.62 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 06/16/2014 | 986.49 |
| COLUMBIA GAS OF VIRGINIA | P.O. BOX 742529 | | CINCINNATI | OH | 45274 | 06/16/2014 | 2.45 |
| COLUMBIA GAS OF VIRGINIA | P.O. BOX 742529 | | CINCINNATI | OH | 45274 | 06/16/2014 | 70.30 |
| COMCAST COMMUNICATIONS CABLE PA | P.O. BOX 3006 | | SOUTHEASTERN | PA | 19398-3005 | 06/16/2014 | 333.50 |
| COX COMMUNICATIONS CABLE | P.O. BOX 9001089 | | LOUISVILLE | KY | 40290 | 06/16/2014 | 150.00 |
| FEDEX | P.O. BOX 371461 | | PITTSBURGH | PA | 15250 | 06/16/2014 | 162.69 |
| FIDELITY INVESTMENTS - PAYROLL | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 06/16/2014 | 273,383.45 |
| ANTHEM BLUE CROSS AND BLUE SHIELD | POST OFFICE BOX 580494 | | CHARLOTTE | NC | 28258 | 06/20/2014 | 42,887.00 |
| BALDWILL | 5300 52ND ST SE | | GRAND RAPIDS | MI | 49512 | 06/20/2014 | 346.67 |
| CIRRUS | 28895 ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 06/20/2014 | 13,500.00 |
| CINTAS DOCUMENT MANAGEMENT | P.O. BOX 740855 | | CINCINNATI | OH | 45274-0855 | 06/20/2014 | 86.85 |
| FIDELITY ENGINEERING CORP | 25 LOVETON CIRCLE | | SPARKS | MD | 21152 | 06/20/2014 | 611.50 |
| ORACLE AMERICA INC | 500 ORACLE PARKWAY | | REDWOOD SHORES | CA | 94065 | 06/20/2014 | 40,654.35 |
| PAYSCALE INC | P.O. BOX 49083 | | SAN JOSE | CA | 95161 | 06/20/2014 | 500.00 |
| SCOTT COOPER PLUMBING | 3422-H HART BYRD HIGHWAY | | ROUND HILL | VA | 20141 | 06/20/2014 | 3,500.00 |
| UNITED CONCORDIA DENTAL | 11350 RANDOM HILLS ROAD SUITE # 842 | | FAIRFAX | VA | 22030 | 06/20/2014 | 3,265.75 |
| WEBEX COMMUNICATIONS INC | 16720 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 06/20/2014 | 1,066.44 |
| ALLY | PO BOX 9001951 | | LOUISVILLE | KY | 40290-1951 | 06/23/2014 | 976.00 |
| PHILADELPHIA INSURANCE COMPANIES | P.O. BOX 70251 | | PHILADELPHIA | PA | 19004 | 06/23/2014 | 272.25 |
| VERIZON WIRELESS | P.O. BOX 25505 | | LEHIGH VALLEY | PA | 18002 | 06/23/2014 | 405.51 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 06/26/2014 | 4,511.72 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 06/26/2014 | 653.14 |
| ARINAMS SYSTEMS CORPORATION | 2920 CAMINO RAMON | | SAN RAMON | CA | 94583 | 06/27/2014 | 5,000.00 |

Schedule 2b

| Name | Address 1 | Address 2 | City | STATE | Zip | Payment date | Amount paid |
|------|-----------|-----------|------|-------|-----|--------------|-------------|
| ADUIENT | 1100 WEST STREET | | LAUREL | MD | 20707 | 05/27/2014 | 13,155.00 |
| CERUIS | 26895 ALISO CREEK ROAD | | ALISO VIEIO | CA | 92656 | 05/27/2014 | 13,500.00 |
| RAGINGWIRE DATE CENTER | P.O. BOX 348060 | | SACRAMENTO | CA | 95834 | 06/27/2014 | 36,409.94 |
| SAGGAR AND ROSENBERG | ONE CHURCH STREET, SUITE # 204 | | ROCKVILLE | MD | 20850 | 06/27/2014 | 5,000.00 |
| VIGMA SOLUTIONS INC | 21351 GENTRY DRIVE | | STERLING | VA | 20166 | 06/27/2014 | 7,500.00 |
| FIDELITY INVESTMENTS - PAYROLL | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 07/02/2014 | 271,241.37 |
| RRC EQUIPMENT FINANCE LLC | 2320 CABOT DR SUITE 355 | | LISLE | IL | 60532 | 07/02/2014 | 22,545.17 |
| CERUS | 26895 ALISO CREEK ROAD | | ALISO VIEIO | CA | 92656 | 07/03/2014 | 13,500.00 |
| CHARD SNYDER | 3510 IRWIN-SIMPSON ROAD | | MASON | OH | 45040 | 07/03/2014 | 150.00 |
| DATAWATCH SYSTEM | P.O. BOX 79845 | | BALTIMORE | MD | 21279-0845 | 07/03/2014 | 84.41 |
| INFO TRACK | 112 DEERLAKE ROAD | | DEEIFIELD | IL | 60015 | 07/03/2014 | 74.00 |
| LAW OFFICE OF JONATHAN GELBER | 201 PARK WASHINGTON CT | | FALLS CHURCH | VA | 22046 | 07/03/2014 | 3,216.00 |
| FLEXOR FINANCE LLC | P.O. BOX 100 | | BLUEMONT | VA | 20135 | 07/03/2014 | 275.60 |
| COMCAST COMMUNICATIONS CABLE PA | P.O. BOX 3005 | | SOUTHEASTERN | PA | 19398-3005 | 07/07/2014 | 343.18 |
| COX COMMUNICATIONS CABLE | P.O. BOX 9001089 | | LOUISVILLE | KY | 40290 | 07/07/2014 | 242.73 |
| DIRECTV | P.O. BOX 60036 | | LOS ANGELES | CA | 90060 | 07/07/2014 | 233.98 |
| NORTHERN VIRGINIA ELECTRIC COOPERATIVE | P.O. BOX 34795 | | ALEXANDRIA | VA | 22334 | 07/08/2014 | 139.78 |
| COX COMMUNICATIONS CABLE | P.O. BOX 9001089 | | LOUISVILLE | KY | 40290 | 07/10/2014 | 79.73 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 07/10/2014 | 19,218.51 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 07/10/2014 | 1,090.11 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 07/10/2014 | 738.19 |
| GARISSON PARKRIDGE S LLC | P.O. BOX 100091 | | UNIONDALE | NY | 11555 | 07/10/2014 | 62,000.00 |
| ADUIENT | 1100 WEST STREET | | LAUREL | MD | 20707 | 07/10/2014 | 20,520.00 |
| BLACK BOX NETWORK SERVICES | PO BOX 347224 | | PITTSBURGH | PA | 15251-4224 | 07/11/2014 | 66.26 |
| BLUE TEXT | 2123 WISCONSIN AVENUE | | WASHINGTON | DC | 20007 | 07/11/2014 | 500.00 |
| BMC GROUP VDR, LLC | 300 N CONTINENTAL BLVD | | ELSEGUNDO | CA | 90245 | 07/15/2014 | 3,223.50 |
| CDW DIRECT | 200 NORTH MILWAUKEE AVE. | | VERNON HILLS, IL | IL | 60065 | 07/11/2014 | 3,225.40 |
| CENTURY LINK | P.O. BOX 52187 | | PHOENIX | AZ | 85072 | 07/11/2014 | 9,390.50 |
| CERUS | 26895 ALISO CREEK ROAD | | ALISO VIEIO | CA | 92656 | 07/11/2014 | 11,250.00 |
| CHARD SNYDER | 3510 IRWIN-SIMPSON ROAD | | MASON | OH | 45040 | 07/11/2014 | 75.00 |
| CLIFTON LARSON ALLEN | 11710 BELTSVILLE DRIVE | | BELTSVILLE | MD | 20705 | 07/11/2014 | 41,130.00 |
| COMPSO DYNAMICS | 22446 DAVIS DRIVE | | STERLING | VA | 20164 | 07/11/2014 | 1,795.00 |
| CONTINENTAL RESOURCES INC | P.O. BOX 4186 | | BOSTON | MA | 02211 | 07/11/2014 | 2,250.00 |
| CVG GOVERNMENT TRAVEL INC | 4500 WILSON BOULEVARD | | ARLINGTON | VA | 22203 | 07/11/2014 | 5,419.00 |
| DELL MARKETING LP C/O DELL USA LP | P.O. BOX 643561 | | PITTSBURGH | PA | 15264 | 07/11/2014 | 23.00 |
| FIDELITY ENGINEERING CORP | 25 LOVETON CIRCLE | | SPARKS | MD | 21152 | 07/11/2014 | 2,250.50 |
| FIDELITY INVESTMENTS | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 07/11/2014 | 753.27 |
| GREENBERG, GRANT AND RICHARDS | 5858 WESTHEIMER ROAD | | HOUSTON | TX | 77057 | 07/11/2014 | 100.00 |
| M3MORPHILLIE | 8230 OLD COURTHOUSE ROAD AVE., SUITE 520 | | VIENNA | VA | 22182 | 07/11/2014 | 500.00 |
| ORDER ENTRY & SCOTT | 261 G STREET, SE | | WASHINGTON | DC | 20003-265458 | 07/11/2014 | 500.00 |
| ORACLE AMERICA INC | 500 ORACLE PARKWAY | | REDWOOD SHORES | CA | 94065 | 07/11/2014 | 53,511.74 |
| PAETEC | PO BOX 1283 | | BUFFALO | NY | 14240 | 07/11/2014 | 1,490.21 |
| ROCHA AND COMPANY | 9841 WASHINGTON BLVD., STE. 310 | | GAITHERSBURG | MD | 20878 | 07/11/2014 | 23,270.00 |
| RTS FINANCIAL GROUP INC, LLC | 3021 NE 72ND DRIVE | | VANCOUVER | WA | 98661 | 07/11/2014 | 100.00 |
| SMART SYNERGIES | 2010 CORPORATE RIDGE | | MCLEAN | VA | 22102 | 07/11/2014 | 500.00 |
| SUNGRA PRINTING | 14568 LEE ROAD | | CHANTILLY | VA | 20151 | 07/11/2014 | 265.30 |
| TRANSWORLD SYSTEMS INC | 507 PRUDENTIAL ROAD | | HORSHAM | PA | 19044 | 07/11/2014 | 100.00 |
| VIGMA SOLUTIONS INC | 21351 GENTRY DRIVE | | STERLING | VA | 20166 | 07/11/2014 | 7,560.00 |
| WEBEX COMMUNICATIONS INC | 16729 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 07/11/2014 | 1,064.44 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 07/14/2014 | 20,348.83 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 07/15/2014 | 831.81 |
| FIDELITY INVESTMENTS - PAYROLL | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 07/16/2014 | 259,697.53 |
| ANTHEM BLUE CROSS AND BLUE SHIELD | POST OFFICE BOX 580094 | | CHARLOTTE | NC | 28258 | 07/18/2014 | 40,286.42 |
| CERUS | 26895 ALISO CREEK ROAD | | ALISO VIEIO | CA | 92656 | 07/18/2014 | 10,406.25 |

Schedule 3b

| Name | Address 1 | Address 2 | City | STATE | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|
| HUMANA / KAWANHA INSURANCE CO | P.O. BOX 371494 | | PITTSBURGH | PA | 15250-7494 | 07/18/2014 | 1,433.70 |
| RASHINGWIRE DATE CENTER | P.O. BOX 349050 | | SACRAMENTO | CA | 95834 | 07/16/2014 | 12,470.00 |
| UNITED CONCORDIA DENTAL | 11350 RANDOM HILLS ROAD SUITE # 842 | | FAIRFAX | VA | 22030 | 07/18/2014 | 3,242.00 |
| COUNTY OF FAIRFAX | P.O. BOX 10200 | | FAIRFAX | VA | 22035 | 07/21/2014 | 2,568.69 |
| U.S. GENERAL SERVICES ADMINISTRATION | 1800 F STREET, NW | | WASHINGTON | DC | 20405 | 07/21/2014 | 3,062.05 |
| U.S. GENERAL SERVICES ADMINISTRATION | 1800 F STREET, NW | | WASHINGTON | DC | 20405 | 07/21/2014 | 429.44 |
| VERIZON WIRELESS | P.O. BOX 25505 | | LEHIGH VALLEY | PA | 18002 | 07/21/2014 | 403.68 |
| HARTFORD THE | P.O. BOX 660916 | | DALLAS | TX | 75266 | 07/22/2014 | 2,835.30 |
| ANIMAAS SYSTEMS CORPORATION | 2420 CAMINO RAMON | | SAN RAMON | CA | 94583 | 07/25/2014 | 5,000.00 |
| AQUILENT | 1100 WEST STREET | | LAUREL | MD | 20707 | 07/25/2014 | 13,155.00 |
| CERLIS | 2689S ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 07/25/2014 | 12,059.75 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 07/26/2014 | 4,521.72 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 07/26/2014 | 653.14 |
| CINTAS DOCUMENT MANAGEMENT | P.O. BOX 740855 | | CINCINNATI | OH | 45274-0855 | 07/28/2014 | 86.85 |
| CINTAS DOCUMENT MANAGEMENT | P.O. BOX 740855 | | CINCINNATI | OH | 45274-0855 | 07/28/2014 | 86.85 |
| CINTAS DOCUMENT MANAGEMENT | P.O. BOX 740855 | | CINCINNATI | OH | 45274-0855 | 07/28/2014 | 64.59 |
| ROCK HILL HOMEOWNERS ASSOCIATION | 4330 PRINCE WILLIAM PARKWAY SUITE 201 | | WOODBRIDGE | VA | 22192 | 07/28/2014 | 297.00 |
| STATE CORPORATION COMMISSION | PO BOX 1997 | | RICHMOND | VA | 23216 | 07/29/2014 | 110.00 |
| STATE CORPORATION COMMISSION | PO BOX 1997 | | RICHMOND | VA | 23216 | 07/29/2014 | 110.00 |
| STATE CORPORATION COMMISSION | PO BOX 1997 | | RICHMOND | VA | 23216 | 07/29/2014 | 1.95 |
| DEPARTMENT OF TAXATION | PO BOX 26622 | | RICHMOND | VA | 23261 | 07/30/2014 | 254.70 |
| ANTHEM BLUE CROSS AND BLUE SHIELD | POST OFFICE BOX 580494 | | CHARLOTTE | NC | 28258 | 07/31/2014 | 1,694.04 |
| FIDELITY INVESTMENTS - PAYROLL | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 07/31/2014 | 261,737.30 |
| GARRISON PARK/DGE 5 LLC | P.O. BOX 100253 | | UNIONDALE | NY | 11555 | 07/31/2014 | 30,000.00 |
| CERLIS | 2689S ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 08/04/2014 | 13,540.00 |
| CLIFTON LARSON ALLEN | 1171 PAISTVILLE DRIVE | | BELTSVILLE | MD | 20705 | 08/04/2014 | 3,500.00 |
| ALLY | PO BOX 9001951 | | LOUISVILLE | KY | 40290-5851 | 08/11/2014 | 488.00 |
| AQUILENT | 1100 WEST STREET | | LAUREL | MD | 20707 | 08/11/2014 | 21,120.00 |
| AUPICO | 316 W. EASTMAN ST. | | ARLINGTON HEIGHTS | IL | 60004 | 08/11/2014 | 230.00 |
| CDW DIRECT | 200 NORTH MILWAUKEE AVE. | | VERNON HILLS, IL | IL | 60061 | 08/11/2014 | 6,803.00 |
| CERLIS | 2689S ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 08/11/2014 | 12,892.50 |
| CLIFTON LARSON ALLEN | 1171 BELTSVILLE DRIVE | | BELTSVILLE | MD | 20705 | 08/11/2014 | 90,120.00 |
| COSTAR COMMUNICATIONS INC | P.O. BOX 79307 | | BALTIMORE | MD | 21275 | 08/11/2014 | 3,739.61 |
| CW GOVERNMENT TRAVEL, INC. | 4800 WILSON BOULEVARD | | ARLINGTON | VA | 22203 | 08/11/2014 | 5,419.00 |
| DATAWATCH SYSTEM | P.O. BOX 79845 | | BALTIMORE | MD | 21279-0845 | 08/11/2014 | 84.41 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 08/11/2014 | 9,295.38 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 08/11/2014 | 1,090.11 |
| DELL FINANCIAL | ONE DELL WAY | | ROUND ROCK | TX | 78664 | 08/11/2014 | 738.19 |
| FIDELITY INVESTMENTS | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 08/11/2014 | 90,120.00 |
| PAETEC | PO BOX 1283 | | BUFFALO | NY | 14240 | 08/11/2014 | 1,495.51 |
| PHILADELPHIA INSURANCE COMPANIES | P.O. BOX 70251 | | PHILADELPHIA | PA | 19004 | 08/11/2014 | 1,437.50 |
| PHILADELPHIA INSURANCE COMPANIES | P.O. BOX 70251 | | PHILADELPHIA | PA | 19004 | 08/11/2014 | 5.00 |
| PLEXAR FINANCE LLC | PO BOX 100 | | BLUEMONT | VA | 20135 | 08/11/2014 | 275.00 |
| ROCHA AND COMPANY | 9801 WASHINGTONIAN BLVD., STE. 310 | | GAITHERSBURG | MD | 20878 | 08/11/2014 | 25,740.00 |
| SUNGRA PRINTING | 14508-C LEE ROAD | | CHANTILLY | VA | 20151 | 08/11/2014 | 295.30 |
| WEBEX COMMUNICATIONS INC | 16720 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 08/11/2014 | 2,128.88 |
| FIDELITY INVESTMENTS - PAYROLL | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 08/13/2014 | 256,876.87 |
| ANTHEM BLUE CROSS AND BLUE SHIELD | POST OFFICE BOX 580494 | | CHARLOTTE | NC | 28258 | 08/15/2014 | 36,181.34 |
| BANK OF AMERICA | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 08/15/2014 | 888.29 |
| CENTURY LINK | P.O. BOX 52187 | | PHOENIX | AZ | 85072 | 08/15/2014 | 9,390.60 |
| CERLIS | 2689S ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 08/15/2014 | 13,500.00 |
| CHAD SNYDER | 3510 IRWIN SIMPSON ROAD | | MASON | OH | 45040 | 08/15/2014 | 2,100.00 |
| HUMANA / KAWANHA INSURANCE CO | P.O. BOX 371494 | | PITTSBURGH | PA | 15250-7494 | 08/15/2014 | 1,417.19 |
| RASHINGWIRE DATE CENTER | P.O. BOX 349050 | | SACRAMENTO | CA | 95834 | 08/15/2014 | 12,470.00 |

Schedule 3b

| Name | Address 1 | Address 2 | City | STATE | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|
| UNITED CONCORDIA DENTAL | 11350 RANDOM HILLS ROAD SUITE # 842 | | FAIRFAX | VA | 22030 | 08/15/2014 | 3,039.10 |
| BANK OF AMERICA | P.O. BOX 15384 | | WILMINGTON | DE | 19850 | 08/18/2014 | 8,228.55 |
| HARTFORD THE | P.O. BOX 660916 | | DALLAS | TX | 75266 | 08/19/2014 | 3,744.42 |
| NORTHERN VIRGINIA ELECTRIC COOPERATIVE | P.O. BOX 34795 | | ALEXANDRIA | VA | 22334 | 08/19/2014 | 720.53 |
| COMPU DYNAMICS | 22445 DAVIS DRIVE | | STERLING | VA | 20164 | 08/21/2014 | 7,250.00 |
| CERUS | 2689S ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 08/22/2014 | 13,500.00 |
| TRANSWORLD SYSTEMS INC. | 507 PRUDENTIAL ROAD | | HORSHAM | PA | 19044 | 08/22/2014 | 1,300.00 |
| AGA ASSOCIATION OF GOVERNMENT ACCOUNTANTS | WASHINGTON DC CHAPTERS | | WASHINGTON | DC | 20044 | 08/25/2014 | 2,250.00 |
| COUNCILOR, BUCHANAN & MITCHELL, P.C. | 7910 WOODMONT AVENUE | | BETHESDA | MD | 20814 | 08/25/2014 | 10,000.00 |
| ISLER SPECIALTY INSURANCE | ISLER SPECIALTY INSURANCE LLC - 300 CEDAR BLVD. SUITE 201-A | | PITTSBURGH | PA | 15228 | 08/25/2014 | 82,077.81 |
| OBRIEN GENTRY & SCOTT | 201 E STREET, SE | | WASHINGTON | DC | 20265459 | 08/26/2014 | 16,500.00 |
| SAGGAR AND ROSENBERG | ONE CHURCH STREET, SUITE # 204 | | ROCKVILLE | MD | 20850 | 08/26/2014 | 10,000.00 |
| INSTITUTE OF MANAGEMENT ACCOUNTANTS | 10 PARAGON DRIVE, SUITE 1 | | MONTVALE | NJ | 07645 | 08/26/2014 | 8,000.00 |
| PNC EQUIPMENT FINANCE LLC | 2300 CABOT DR SUITE 355 | | LISLE | IL | 60532 | 08/26/2014 | 22,545.17 |
| SQUARE 2 MARKETING | 1501 MAIN STREET | | WARRINGTON | PA | 18976 | 08/26/2014 | 1,500.00 |
| ANNMAS SYSTEMS CORPORATION | 2420 CAMINO RAMON | | SAN RAMON | CA | 94583 | 08/27/2014 | 26,580.00 |
| BLUE TEXT | 2121 WISCONSIN AVENUE | | WASHINGTON | DC | 20007 | 08/27/2014 | 6,500.00 |
| BMC GROUP VDR LLC | 300 N. CONTINENTAL BLVD. | | EL SEGUNDO | CA | 90245 | 08/27/2014 | 5.00 |
| COGENT COMMUNICATIONS INC | P.O. BOX 791087 | | BALTIMORE | MD | 21279 | 08/27/2014 | 900.00 |
| CONTINENTAL RESOURCES INC | P.O. BOX 4196 | | BOSTON | MA | 02211 | 08/27/2014 | 9,000.00 |
| COSI | 1751 LAKE COOK ROAD | | DEERFIELD | IL | 60015 | 09/27/2014 | 614.34 |
| DELL MARKETING LP C/O DELL USA LP | P.O. BOX 643561 | | PITTSBURGH | PA | 15264 | 08/27/2014 | 326,695.64 |
| FIDELITY ENGINEERING CORP | 25 LOVETON CIRCLE | | SPARKS | MD | 21152 | 08/27/2014 | 5,144.30 |
| FINANCIAL EXECUTIVES INTERNATIONAL | PO BOX 10498 | | NEWARK | NJ | 07193 | 08/27/2014 | 5,700.00 |
| GARRISON PARKERIDGE 5 LLC | P.O. BOX 100093 | | UNIONDALE | NY | 11555 | 08/27/2014 | 30,000.00 |
| GLOBAL EXPERIENCE SPECIALISTS, INC | BANK OF AMERICA | | CHICAGO | IL | 60693 | 08/27/2014 | 961.22 |
| FAITEC | PO BOX 1283 | | BUFFALO | NY | 14240 | 08/27/2014 | 1,593.21 |
| FLEXAR FINANCE LLC | PO BOX 100 | | BLUEMONT | VA | 20135 | 09/27/2014 | 275.60 |
| PROFORMATIVE | 99 ALMADEN BLVD., SUITE 975 | | SAN JOSE | CA | 95113 | 08/27/2014 | 8,750.00 |
| VIGNA SOLUTIONS INC. | 21351 GENTRY DRIVE | | STERLING | VA | 20166 | 08/27/2014 | 22,265.00 |
| WEREK COMMUNICATIONS INC | 16720 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | 08/27/2014 | 1,664.44 |
| ZOOM INFORMATION INC. | 307 WAVERLY OAKS ROAD | | WALTHAM | MA | 02452 | 08/27/2014 | 1,625.60 |
| AGA ASSOCIATION OF GOVERNMENT ACCOUNTANTS | WASHINGTON DC CHAPTERS | | WASHINGTON | DC | 20044 | 08/28/2014 | 2,250.00 |
| BIG BANG LLC | 9831 S 27TH ST | | FRANKLIN | WI | 53132 | 08/28/2014 | 1,000.00 |
| CYBER SOLUTIONS INC | 11654 PLAZA AMERICA DRIVE | | RESTON | VA | 20191 | 08/28/2014 | 24,000.00 |
| FIDELITY INVESTMENTS - PAYROLL | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 08/28/2014 | 249,163.57 |
| IBM | P.O. BOX 643600 | | PITTSBURGH | PA | 15264 | 06/20/2014 | 1,313.34 |
| MAIDS R US | 1451 BLUEMONT CT | | HERNDON | VA | 20170 | 08/28/2014 | 1,705.00 |
| ITS FINANCIAL GROUP INC, LLC | 3021 NE 72ND DRIVE | | VANCOUVER | WA | 98661 | 08/28/2014 | 3,000.00 |
| SMART SYNERGIES | 2010 CORPORATE RIDGE | | MCLEAN | VA | 22102 | 08/28/2014 | 6,625.00 |
| SFLUNC | DEPT 892344 | | DALLAS | TX | 75312 | 08/26/2014 | 3,600.00 |
| VERIZON WIRELESS | P.O. BOX 25505 | | LEHIGH VALLEY | PA | 18002 | 08/28/2014 | 399.39 |
| WILLIAMS & CONNOLLY LLP | 725 12TH ST NW | | WASHINGTON | DC | 20005 | 08/28/2014 | 95,000.00 |
| ACQUIENT | 1100 WEST STREET | | LAUREL | MD | 20707 | 08/29/2014 | 18,120.00 |
| AVANCO | 1151 W. EASTMAR ST | | ARLINGTON HEIGHTS | IL | 60004 | 08/29/2014 | 95.00 |
| AVDI RESOURCES | 1508 GARRISON CT | | LEESBURG | VA | 20176 | 08/29/2014 | 837.00 |
| CERUS | 2689S ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 08/29/2014 | 12,997.50 |
| CLIFTON LARSON ALLEN | 11710 BELTSVILLE DRIVE | | BELTSVILLE | MD | 20705 | 08/29/2014 | 42,900.00 |
| COX COMMUNICATIONS CABLE | P.O. BOX 9001089 | | LOUISVILLE | KY | 40290 | 08/29/2014 | 65.16 |
| CW GOVERNMENT TRAVEL, INC | 4300 WILSON BOULEVARD | | ARLINGTON | VA | 22203 | 08/29/2014 | 5,419.00 |
| FIDELITY INVESTMENTS | P.O. BOX 73307 | | CHICAGO | IL | 60673 | 06/29/2014 | 622.68 |
| HEWLETT PACKARD COMPANY | 3000 FOOTHILLS BLVD | | ROSEVILLE | CA | 95747 | 08/29/2014 | 8,652.00 |
| KING AND SPALDING LLP | PO BOX 116318 | | ATLANTA | GA | 30368 | 08/29/2014 | 147,000.00 |
| MEMORABLE | 8230 OLD COURTHOUSE ROAD AVE., SUITE 520 | | VIENNA | VA | 22182 | 08/29/2014 | 3,200.00 |

Schedule 3b

| Name | Address 1 | Address 2 | City | STATE | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|
| MILLENNIUM SEARCH, LLC | 3233 LAKEHURST CROSSING | | WEDDINGTON | NC | 28104 | 08/29/2014 | 27,083.50 |
| ROCHA AND COMPANY | 9841 WASHINGTONIAN BLVD., STE. 310 | | GAITHERSBURG | MD | 20878 | 08/29/2014 | 24,820.00 |
| WILMERHALE | PO BOX 7247-8760 | | PHILADELPHIA | PA | 19170 | 08/29/2014 | 202,000.00 |
| ALLY | PO BOX 9001951 | | LOUISVILLE | KY | 40290-1951 | 09/02/2014 | 6,324.55 |
| ALLY | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | 09/02/2014 | 9,204.55 |
| BANK OF AMERICA | 26895 ALISO CREEK ROAD | | ALISO VIEJO | CA | 92656 | 09/02/2014 | 14,343.72 |
| CEPLUS | | | SOUTHEASTERN | PA | 19398-3005 | 08/02/2014 | 47.63 |
| COMCAST COMMUNICATIONS CABLE PA | P.O. BOX 3026 | | | | | | |
| COOLEY LLP | 1299 PENNSYLVANIA AVENUE, NW, SUITE 700 | | WASHINGTON | DC | 20004 | 09/02/2014 | 92,500.00 |
| ALLEN, MAXWELL & SILVER INC. | 190 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 07632 | 09/03/2014 | 2,581.26 |
| ALLEN, MAXWELL & SILVER INC. | 190 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 07632 | 09/03/2014 | 2,775.00 |
| COUNTY OF FAIRFAX | P.O. BOX 10200 | | FAIRFAX | VA | 22035 | 09/03/2014 | 20,328.09 |
| GARRISON PARKRIDGE 5 LLC | P.O. BOX 102091 | | LINDONDALE | NY | 11555 | 09/03/2014 | 1,200,000.00 |
| GREENBERG, GRANT AND RICHARDS | 5858 WESTHEIMER ROAD | | HOUSTON | TX | 77057 | 09/03/2014 | 1,150.00 |
| LAW OFFICE OF JONATHAN GELDER | 201 PARK WASHINGTON CT | | FALLS CHURCH | VA | 22046 | 09/03/2014 | 1,099.68 |
| ORACLE AMERICA INC | 500 ORACLE PARKWAY | | REDWOOD SHORES | CA | 94065 | 09/03/2014 | 449,486.50 |
| PHILADELPHIA INSURANCE COMPANIES | P.O. BOX 70251 | | PHILADELPHIA | PA | 19004 | 08/03/2014 | 1,449.50 |
| WEAVER SCHLENGER MAZEL LLP | 550 MONTGOMERY ST SUITE 650 | | SAN FRANCISCO | CA | 94111 | 09/03/2014 | 5,138.17 |

# GLOBAL COMPUTER ENTERPRISES, INC.

# STATEMENT OF FINANCIAL AFFAIRS

# QUESTION 3C

| Name of creditor | Address 1 | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/13/2013 | $ 1,240.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/27/2013 | $ 1,200.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/11/2013 | $ 1,020.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/25/2013 | $ 1,280.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/8/2013 | $ 1,600.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/22/2013 | $ 1,260.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/6/2013 | $ 1,120.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/20/2013 | $ 1,260.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/3/2014 | $ 660.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/17/2014 | $ 1,300.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/31/2014 | $ 1,260.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/14/2014 | $ 1,260.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/28/2014 | $ 1,120.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/14/2014 | $ 1,380.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/28/2014 | $ 1,260.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/11/2014 | $ 1,600.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/25/2014 | $ 1,600.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/9/2014 | $ 1,600.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/23/2014 | $ 1,600.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/6/2014 | $ 1,600.00 |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/20/2014 | $ - |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/3/2014 | $ - |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/18/2014 | $ - |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/1/2014 | $ - |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/15/2014 | $ - |
| Gatane Gallagher Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/29/2014 | $ 120.00 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/13/2013 | $ 3,969.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/27/2013 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/11/2013 | $ 3,969.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/25/2013 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/8/2013 | $ 3,969.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/22/2013 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/6/2013 | $ 4,469.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/20/2013 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/3/2014 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/17/2014 | $ 4,569.25 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/31/2014 | $ 2,769.25 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/14/2014 | $ 4,569.24 |

| Name of creditor | Address 1 | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/28/2014 | $ 2,769.25 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/14/2014 | $ 4,569.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/28/2014 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/11/2014 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/25/2014 | $ 3,703.86 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/9/2014 | $ 2,873.09 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/23/2014 | $ 3,210.59 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/6/2014 | $ 3,106.80 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/20/2014 | $ 3,470.21 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/3/2014 | $ 2,873.09 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/18/2014 | $ 2,769.25 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/1/2014 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/15/2014 | $ 2,769.24 |
| Joshua Muslimani | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/29/2014 | $ 2,457.70 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/13/2013 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/27/2013 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/11/2013 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/25/2013 | $ 4,419.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/8/2013 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/22/2013 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/6/2013 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/20/2013 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/3/2014 | $ 3,269.25 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/17/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/31/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/14/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/28/2014 | $ 3,269.25 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/14/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/28/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/11/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/25/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/9/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/23/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/6/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/20/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/3/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/18/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/1/2014 | $ 3,269.24 |

| Name of creditor | Address 1 | Address 2 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/15/2014 | $ 3,269.24 |
| Ray Muslimani Jr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/29/2014 | $ 3,269.24 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/13/2013 | $21,634.62 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 9/27/2013 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/11/2013 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 10/25/2013 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/8/2013 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 11/22/2013 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/6/2013 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 12/20/2013 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/3/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/17/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 1/31/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/14/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 2/28/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/14/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 3/28/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/11/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 4/25/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/9/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 5/23/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/6/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 6/20/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/3/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 7/18/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/1/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/15/2014 | $14,423.08 |
| Ray Muslimani Sr. | Global Computer Enterprises Inc. | 10780 Parkridge Blvd. | Reston | VA | 20191 | 8/29/2014 | $14,423.08 |