## United States Bankruptcy Court
### Eastern District of Virginia

In re    **Global Computer Enterprises, Inc.**                                   Case No. __14-13290 - RGM__
                                             Debtor ,

                                                                                  Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ray Muslimani**<br>**Global Computer Enerprises Inc**<br>**10780 Parkridge Blvd**<br>**Reston, VA 20191** | **Common Stock** | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Interim Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __September 8, 2014__                              Signature _____
                                                          **Mike Freeman**
                                                          **Interim Chief Operating Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders