**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | |
| Global Computer Enterprises, Inc. | Case No. 14-13290-RGM |
| | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE**

Please take notice that Gregory H. Counts, Esq. and Tyler, Bartl, Ramsdell & Counts, PLC enter their appearance as proposed counsel for the presently forming unsecured creditors committee and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Gregory H. Counts, Esq.
> Tyler, Bartl, Ramsdell & Counts  PLC
> 300 North Washington Street, Suite 202
> Alexandria, Virginia  22314
> Tel: 703.549.5001
> Fax: 703.549.5011
> gcounts@tbrclaw.com

BY COUNSEL

/s/ Gregory H. Counts
Gregory H. Counts #46771
Tyler Bartl, Ramsdell & Counts PLC
300 North Washington Street, Suite 202
Alexandria, VA 22314
Tel: 703.549.5001
Fax: 703.549.5011
gcounts@tbrclaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Notice of Appearance was sent electronically and/or mailed first-class, postage prepaid on September 17, 2014, to:

| | |
|---|---|
| Office of the U.S. Trustee | David I. Swan, Esq. |
| 115 S. Union Street, Suite 210 | 1750 Tysons Blvd, Suite 1800 |
| Alexandria, VA 22314 | Tysons Corner, VA 22102-4215 |
| | *Proposed Counsel to Global Computer Enterprises, Inc.* |

                              /s/ Gregory H. Counts
                              Gregory H. Counts