WILLIAM C. REDDEN, CLERK OF THE BANKRUPTCY COURT

EASTERN DISTRICT COURT OF VIRGINIA

200 SOUTH WASHINGTON STREET

ALEXANDRIA, VA 22314


YOUR HONOR:

CASE NUMBER: 14-13290-RGM

WE WERE TOLD AT AN IN-HOUSE COMPANY MEETING THAT WE WERE GOING TO BE PAID THE TOP PERCENTAGE OF OUR RETENTION BONUS.

THE EXECUTIVE MANAGEMENT TOLD MORE THAN FORTY (40) OF US, IN PERSON, THAT WE WOULD BE PAID THE MAXIMUM PERCENTAGE OF OUR RETENTION BONUS LETTERS. THAT IS WHY WE STAYED, SO THAT THE DOL FINANCIAL SYSTEM WOULD NOT CRUMBLE.

WHY THE EXECUTIVE MANAGEMENT WOULD BE PAID BEFORE WE ARE PAID WHAT WAS PROMISED TO US IS SUSPICIOUS TO US.

WE CAN'T AFFORD ATTORNEY INVOLVEMENT, AND COULD NEVER DO SO ON SUCH SHORT NOTICE.

AS AN EXAMPLE, WHY WOULD MR. FRANCE BE PAID ANYTHING....WE BELIEVE HE WAS COMPLICIT IN THE ILLEGAL ACTIVITIES THAT GCE WAS ENGAGED IN AND WAS BEHIND SUCH ILLEGAL ACTIVITIES THAT PUT US ALL OUT OF EMPLOYMENT. AS FAR AS MR. FREEMAN, WE SURMISE THAT HE HAS ALREADY BEEN PAID A LARGE SUM OF MONEY SINCE COMING ON TO GCE A FEW MONTHS BACK.

YOU MAY WANT TO ASK THESE QUESTIONS. THIS NOTE COMES FROM US WORKERS ON THE CONTRACTS. WE ARE YOUNG; WE HAVE BEEN PUT IN AN UNTENABLE SITUATION. MOST IMPORTANTLY, WE WERE TOLD WE WOULD RECEIVE THE MAXIMUM PERCENTAGE STATED IN OUR LETTERS. SO MANY OF US STUCK AROUND BECAUSE WE WERE TOLD SUCH....THAT WAS THE EXECUTIVE MANAGEMENT'S INSURANCE TO US TO MAKE SURE THAT THE MAIN DOL CONTRACT DID NOT FAIL.

WE BELIEVE IT FAIR TO HAVE THE INDIVIDUALS GIVEN RETENTION LETTERS, BE THEY DIRECT CONTRACT WORKERS OR THE STAFF, BE PAID AT LEAST THE MAXIMUM PERCENTAGE, AND RIGHTFULLY MORE.

THANK YOU FOR CONSIDERING THIS LETTER TO YOU. WE JUST WANT WHAT WE THINK IS FAIR. WE STUCK AROUND BASED ON PROMISES MADE BY GCE EXECUTIVE MANAGEMENT.

WE NOW KNOW OF THE ILLEGAL ACTIVITIES THAT GCE ENGAGED IN, BUT SO MANY OF US WERE NOT TOLD THAT DURING THE HIRING PROCESS. WE HELD OUT DUE TO THE PROMISE OF MAXIMUM RETENTION BONUSES PROMISED TO US.

THERE ARE OVER 40 WITNESSES TO US BEING TOLD, IN PERSON, BY EXECUTIVE MANAGEMENT, THAT WE WOULD RECEIVE THE MAXIMUM RETENTION PERCENTAGE.....THAT'S WHY WE DID NOT LEAVE, ENSURING THE DOL FINANCIAL SYSTEM DID NOT FAIL.

THANK YOU.